District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARANDEEP SINGH,

        Petitioner,

        v.

KIRSTJEN NIELSEN, et al.,

        Respondents.

CASE NO. C18-0284-RAJ

STIPULATED MOTION AND [PROPOSED] ORDER FOR REMAND AND DISMISSAL

**NOTED FOR CONSIDERATION: MAY 31, 2018**

## **STIPULATED MOTION**

On February 26, 2018, Petitioner filed a Petition For Naturalization Hearing After Failure of USCIS to Make Naturalization Determination Within 120 Days of Naturalization Examination Pursuant to 8 U.S.C. § 1447(b) (Petition). *See* Dkt. 1.

The parties hereby stipulate, agree and request that the Court enter the appended Proposed Order dismissing this case without prejudice and without costs or fees to either party, and remanding Petitioner's N-400 application to United States Citizenship and Immigration Service for adjudication and issuance of a decision within fourteen (14) days after entry of the Order.

STIPULATED MOTION AND ORDER
FOR REMAND AND DISMISSAL
C18-0284-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The parties having so stipulated, the Court HEREBY ORDERS:

This case is dismissed without prejudice and without an award of costs or fees to either party; and

Petitioner's N-400 application is remanded to the United States Citizenship and Immigration Service for adjudication and issuance of a decision within fourteen (14) days after entry of this Order.

Dated this 1st day of June, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER
FOR REMAND AND DISMISSAL
C18-0284-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970